UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF CRIMINAL DEFENSE LAWYERS, <br><br>Plaintiff, <br><br>v. <br><br>EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS and UNITED STATES DEPARTMENT OF JUSTICE <br><br>Defendants. | Civil Action No. 14-cv-269 (CKK) |

## DEFENDANTS' NOTICE OF DECISION NOT TO APPEAL

Defendants inform the Court that the Government has not appealed the portion of this Court's order granting Plaintiff summary judgment in part on the remaining issues in this case. The Appendix filed under seal and ex parte on November 15, 2017 can now be made public.

Respectfully submitted,

BRETT SHUMATE
Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director
Federal Programs Branch

*/s/ Andrew M. Bernie*
ANDREW M. BERNIE (DC BAR# 995376)
Trial Attorney
U.S. Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Telephone: (202) 616-8488
Fax: (202) 616-8470
E-mail: andrew.m.bernie@usdoj.gov
*Counsel for Defendants*